PHILLIP A. TALBERT
Acting United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE SOTO,<br><br>Defendant. | CASE NO. 1:16-CR-00117-DAD-BAM<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>CURRENT DATE: September 20, 2016<br>CURRENT TIME: 2:30 p.m.<br>COURT: Hon. Jennifer L. Thurston<br><br>PROPOSED DATE: October 26, 2016<br>PROPOSED TIME: 2:30 p.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Jose Soto, by and through defendant's counsel of record, David Torres, hereby stipulate as follows:

1. Defendant Jose Soto was indicted on July 28, 2016, and made his initial appearance on that indictment in the Eastern District of California on August 1, 2016.

2. At his August 1, 2016 arraignment, this matter was set for status on September 21, 2016 (and subsequently advanced to September 20, 2016) at 2:30 p.m. Time was excluded through and including September 21, 2016.

3.By this stipulation, defendant now moves to continue the status conference until October 26, 2016, at 2:30 p.m. and to exclude time between September 21, 2016, and October 26, 2016, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

4.The parties agree and stipulate, and request that the Court find the following:

a)The government has represented that the discovery associated with this case includes over one hundred pages of reports and photographs. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)Counsel for defendant desires additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with his client.

c)Counsel has various trial and hearing conflicts in other cases between now and the proposed October 26, 2016 status conference that would not reasonably permit him to try this case any time between now and October 26, 2016.

d)Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)The government does not object to the continuance.

f)Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 21, 2016 to October 26, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated:  September 16, 2016        PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  /s/ ANGELA L. SCOTT
                                  ANGELA L. SCOTT
                                  Assistant United States Attorney


Dated:  September 16, 2016        /s/ per email authorization
                                  DAVID TORRES
                                  Counsel for Defendant
                                  JOSE SOTO


## [PROPOSED] FINDINGS AND ORDER

Pursuant to the parties' stipulation, the Court **FINDS:**

1.      Due to the need for counsel for defendant for additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with his client, good cause exists and the interests of justice outweigh the interests of the defendant and the public in a speedy trial. Thus, the Court **ORDERS:**

1.      The status conference, currently set for September 20, 2016, is **CONTINUED** to October 26, 2016, at 2:30 p.m.;

///

///

///

///

///

///

AMENDED STIPULATION REGARDING EXCLUDABLE
TIME PERIODS UNDER SPEEDY TRIAL ACT

3

2.       The time period between September 21, 2016, and October 26, 2016, is **EXCLUDED** from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) for the reasons set forth above.

IT IS SO ORDERED.

Dated:   **September 16, 2016**                    **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE