1 **DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
2 1318 K. Street
Bakersfield, CA 93301
3 Tel: (661)326-0857
Fax: (661)326-0936
4 Email: dtorres@lawtorres.com

5 Attorney for:
JOSE SOTO
6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 16-cr-00117 DAD BAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE** |
| ) | |
| vs. ) | |
| ) | |
| JOSO SOTO, ) | |
| ) | |
| Defendant ) | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER THURSTON AND ANGELA SCOTT, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JOSE SOTO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for Wednesday, October 26, 2016 to Wednesday, December 7, 2016.

I am currently out of the country and will not be available until November 14, 2016. I am requesting to put this matter over until December 7, 2016. I have spoken to AUSA Angela Scott, and he has no objection to continuing the status conference hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1). Defendant also agrees to waives time under the speedy trial act.

//

Stipulation and Proposed Order to Continue Status Conference Hearing

1

**IT IS SO STIPULATED.**

                                        Respectfully Submitted,

DATED: 10/25/2016                        */s/ David A Torres*
                                        DAVID A. TORRES
                                        Attorney for Defendant
                                        JOSE SOTO

DATED: 10/25/2016                        */s/Angela Scott*
                                        ANGELA SCOTT
                                        Assistant U.S. Attorney

**ORDER**

    **IT IS SO ORDERED** that the status conference hearing be continued to December 7, 2016. Based upon the need for counsel to be present and have more time to prepare, good cause exists and he interests of justice outweigh the interests of the defendant and the public in a speedy trial. Time is excluded pending the next hearing.

Dated: 10/24/16                                  /s/ *Jennifer L. Thurston*
                                                     UNITED STATES MAGISTRATE JUDGE