1  DAVID A. TORRES AND ASSOCIATES
   David A. Torres, SBN135059
2  1318 K. Street
3  Bakersfield, CA 93301
   Tel: (6610326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   JOSE SOTO

7              UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,         | Case No. 1:16-CR-00117-DAD-BAM
11 |         Plaintiff,                |
12 |    v.                             | **STIPULATION AND ORDER TO CONTINUE SENTENCING**
13 | JOSE SOTO,                        |
14 |         Defendants.               |
15

16 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

17 DROZD AND ANGELA SCOTT, ASSISTANT UNITED STATES ATTORNEY:

18     **COMES NOW** Defendant, JOSE SOTO, by and through his attorney of record, DAVID

19 A. TORRES hereby requesting that the sentencing hearing currently set for Monday, March 6,

20 2017, be continued to Monday, March 20, 2017.

21     It was my intention to prepare and file a Sentencing Statement on behalf of Mr. Soto. I

22 have been engaged in jury trial for the past two and a half weeks and my possibly get sent out on

23 another tomorrow afternoon. I have not had ample time to prepare a statement. It is my belief

24 that presenting a statement which outlines my client's positive qualities will be beneficial. I have

25 spoken to AUSA Angela Scott and she has not objection to continuing the sentencing hearing.

26     //

27     //

28     //

1

1  **IT IS SO STIPULATED.**

2  DATED: 2/23/17

                                        Respectfully Submitted,
                                        */s/ David A Torres*
                                        DAVID A. TORRES
                                        Attorney for Defendant
                                        JOSE SOTO

DATED: 2/23/17

                                        */s/Angela Scott*
                                        ANGELA SCOTT
                                        Assistant U.S. Attorney

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for March 6, 2017, is continued until March 20, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **February 23, 2017**                                       
                                                               UNITED STATES DISTRICT JUDGE